UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE,<br><br>          Plaintiff,<br><br>     v.<br><br>RAYISA DANYLOVA, et al.,<br><br>          Defendants. | Case No. 5:13-cv-05838-PSG<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**(Re: Docket Nos. 8 and 9)** |

The docket reflects the failure of two government entities to file an answer or an appropriate responsive Rule 12 pleading in response to the complaint served upon them in this case more than sixty days ago.[1]  The court therefore sets a status conference in this case for Monday, March 17, 2014, at 4:45 p.m.  Plaintiff shall inform the parties who have not yet filed an appearance in this case of the status conference.  Telephonic appearances may be made without leave of the court.

---

[1] *See* Docket Nos. 8 and 9 (reflecting service of California Department of Health and the U.S. Department of Health and Human Services); *see also* Fed. R. Civ. P. 12(a)(1) ("The United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the United States attorney.").

1

Case No. 5:13-cv-05838-PSG
ORDER SETTING STATUS CONFERENCE

1  **IT IS SO ORDERED.**

2  Dated: March 10, 2014

3  _____
4  PAUL S. GREWAL
   United States Magistrate Judge