Philip A. Pereira, Esq. (SBN 084914)
McDOWELL SHAW COLMAN & GARCIA
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA   94085-4037
Tel (408) 927-7250
Fax (408) 927-7350
E-mail: mcdowelllaw@sbcglobal.net

Attorneys for Plaintiff in Interpleader
CALIFORNIA CASUALTY INDEMNITY EXCHANGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE,<br><br>Plaintiff in Interpleader,<br><br>vs.<br><br>RAYISA DANYLOVA; MYKHAYLO DANYLOVA; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES VIA KATHLEEN SEBELIUS, SECRETARY; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES VIA TOBY DOUGLAS, DIRECTOR; and THE LAW OFFICES OF BORIS E. EFRON,<br><br>Defendants in Interpleader. | CIVIL CASE NO: CV13-05838 PSG<br><br>**JUDGMENT ON INTERPLEADER COMPLAINT, F.R.C.P. RULE 22** |

The above-captioned matter having been voluntarily dismissed by Plaintiff in Interpleader, CALIFORNIA CASUALTY INDEMNITY EXCHANGE on or about March 22, 2014, and based upon the findings of fact and conclusions of law and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the above-entitled action be and the same hereby is dismissed and:

/ / /

/ / /

/ / /

1 |       IT IS FURTHER ORDERED that the sum heretofore deposited in the Registry of this Court by Plaintiff CALIFORNIA CASUALTY INDEMNITY EXCHANGE in the amount of $15,000 be returned to Plaintiff through its counsel, Philip A. Pereira.

DATED: January 6, 2015

_____
UNITED STATES MAGISTRATE JUDGE